FILED'08 MAY 05 16:11 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY LEE TAYLOR,                  )
                                     )        Civil No. 07-6276-JO
              Plaintiff,             )
                                     )
     v.                              )
                                     )
MAX WILLIAMS, et al.,                )        ORDER TO DISMISS
                                     )
              Defendants.            )

JONES, District Judge.

Defendants in this civil rights case move the court to dismiss plaintiff's complaint for failure to notify the clerk's office of a change in plaintiff's mailing address for more than 60 days. On or about January 7, 2008, this court sent plaintiff a Notice of Case Reassignment (#24). On January 14, 2008, the Clerk's Notice of Case Reassignment was returned as undeliverable. Plaintiff has not made any communication with the court since January 4, 2008.

Pursuant to Local Rule 83.10(a) and (b), every unrepresented

1 - ORDER TO DISMISS

party has a continuing responsibility to notify the clerk's office and all parties whenever they change their mailing address. When mail from the court to a party cannot be delivered due to the lack of a current address, and the failure continues for sixty (60) days, the court may dismiss the action. Local Rule 83.12. Because petitioner has been without a current address for more than 60 days, defendants' Motion to Dismiss (#28) is granted.

IT IS SO ORDERED.

DATED this ___5th___ day of May, 2008.

_____
Robert E. Jones
United States District Judge

2 - ORDER TO DISMISS